HINKLE ET AL., APPELLANTS, *v.* CLEVELAND CLINIC FOUNDATION, APPELLEE.

[Cite as *Hinkle v. Cleveland Clinic Found.,*
108 Ohio St.3d 1209, 2006-Ohio-551.]

(No. 2005–0334—Submitted December 14, 2005—Decided February 22, 2006.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

Douglas S. Roberts; and Becker & Mishkind Co., L.P.A., Michael F. Becker, and David A. Kulwicki, for appellants.

Roetzel & Andress, Anna Moore Carulas, Ingrid Kinkopf–Zajac, and Douglas G. Leak, for appellee.